STATE v. LIPPARD

No. 533P02

Case below: 152 N.C. App. 564

Notice of appeal by defendant pursuant to G.S. 7A-30 (substantial constitutional question) dismissed ex mero motu 21 November 2002. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 21 November 2002. Petition by defendant for writ of certiorari

to review the decision of the North Carolina Court of Appeals denied 21 November 2002.